UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TROY WALKER,<br>        Plaintiff,<br><br>    v.<br><br>B&G FOODS, INC., et al.,<br>        Defendants. | Case No. 15-cv-03772-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 14 |

Before the Court is Defendants' Motion to Dismiss. ECF No. 14. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for January 7, 2016, is hereby VACATED.

IT IS SO ORDERED.

Dated: December 21, 2015

_____
JON S. TIGAR
United States District Judge