United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY WALKER,<br><br>        Plaintiff,<br><br>        v.<br><br>B&G FOODS, INC., et al.,<br><br>        Defendants. | Case No. 15-cv-03772-JST<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. 38 |

The Court hereby grants Defendants' administrative motion to vacate the Case Management Conference currently scheduled for January 27, 2016. ECF No. 38. Ordinarily, the Court would not rule on such an administrative motion until Plaintiff has had a chance to respond. However, given that the Court has independently concluded that the Case Management Conference should await resolution of Defendants' motion to dismiss, and would grant the same relief *sua sponte*, the Court is ruling now.

IT IS SO ORDERED.

Dated: January 20, 2016

_____
JON S. TIGAR
United States District Judge